51 South. 94.)

No. 18,010.

BOARD OF COM'RS OF IOWA DRAINAGE DIST. NO. 1. v. WILKINS CO.

(Jan. 3, 1910.)

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; Winston Overton, Judge.

Action by the Board of Commissioners of Iowa Drainage District No. 1 against the Wilkins Company. Judgment for plaintiff, and defendant appeals. Affirmed.

Pujo, Moss & Miller, for appellant. McCoy, Moss & Knox, for appellee.

LAND, J. This appeal is disposed of by the judgment this day handed down in suit No. 17,-707 (51 South. 91),[1] between the same plaintiff, defendant, and intervener; the latter appearing therein as one of the appellees.

Judgment affirmed; appellant herein to pay costs of this appeal.

[1]Ante, p. 126.